ZUNZ *v.* HEROY et al.

ACTION for an accounting for the sales of merchandise consigned by plaintiff to defendants.

Appeal from a final judgment for plaintiff on the referee's report.

*Otto Horwitz* (*W. W. Niles*, of counsel), for plaintiff (respondent).

*Henry Thompson*, for defendants (appellants).

*Per Curiam.* An appeal from a final judgment brings up for review an interlocutory judgment *which has not already been reviewed* upon a separate appeal therefrom. Code Civ. Proc. § 1316. The interlocutory judgment in this action was affirmed at General Term upon appeal by the present appellant (*Zunz* v. *Heroy*, 15 Daly, 411) and is, therefore, conclusive upon us.

The closest scrutiny of the evidence and proceedings before the referee on the accounting directed by the interlocutory judgment, which involved the examination of much testimony and numerous exhibits, labor which the many inaccuracies in the brief of appellant's counsel did not tend to diminish, has not enabled us to discover any error. The referee's findings of fact are abundantly supported by the evidence, and his conclusions of law are fully warranted by the facts found.

The judgment and orders should be affirmed, with costs.